**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-48 (WLS-TQL-18) |
| | : | |
| DAMARIUS WILLIAMS, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

Presently before the Court is Defendant, Damarius William's, Unopposed Motion for Extension of Time to File Motions in Limine. (Doc. 320.) Therein, Defense Counsel requests that this Court extend the deadline to file motions and other motions *in limine* from May 27, 2022 to June 24, 2022. (*Id.*) The reason that an extension is requested is that Defense Counsel's daughter has a complex medical condition, that has significantly reduced Defense Counsel's capacity to complete his legal work in the same time frame as usual. (*Id.*)

This Court previously entered a Scheduling Order on January 24, 2022. (Doc. 298.) Pursuant to that Scheduling Order, the deadline for filing motions, and other motions *in limine* was Friday, May 27, 2022. (*Id.*) For good cause shown Defendant's Motion for Extension of Time to File Motions (Doc. 320) is **GRANTED**. For Defendant, Damarius Williams, the new deadlines for the disposition of this case are as follows:

(1) Motions and other Motions in Limine are due by **Friday, June 24, 2022.**

(2) Motion Responses are due by **Friday, July 22, 2022.**

(3) The Government must provide the Defendant with Expert Witness Notices, Rule 404(b) Notices and Rule 851 Enhancements Notices by **Friday July 15, 2022.**

(4) The Defendants Expert Witness Notices are Due by **Friday, August 12, 2022**.

(5) Except as Modified by this Order, the previous Scheduling Order (Doc. 298) shall remain in effect.

For all other Defendants, the deadlines imposed in this Court's January 24, 2022 Scheduling Order (Doc. 298) remain in effect.[1]

**SO ORDERED**, this <u>9th</u> day of June, 2022.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] As the deadlines imposed for the provision of the Government's Expert Witness Notices, Rule 404(b) Notices, Rule 851 Enhancements Notices and Defendant's Expert Witness were proposed by the Parties (Doc. 294-1) and it was unclear to the Court whether Defense Counsel was also requesting an extension of those deadlines, the Court in the exercise of its discretion has declined to extend those deadlines. If an extension is required, Defense Counsel must file a timely written motion.